**Bobby Joe OLLES, Appellant,**

v.

**Larry NORRIS, Director, Arkansas Department of Correction; Harley Lappin; Ray Carnahan, United States Marshal Service; Randy Johnson, Sheriff, Pulaski County Detention Facility, Appellees.**

No. 08–2871.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 2, 2009.

Filed: Nov. 13, 2009.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Bobby Joe Olles (Olles) appeals the district court's[1] denial of his motion under

[1]. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

Federal Rule of Civil Procedure 60(b). Having carefully reviewed the record and Olles's arguments, we find the district court did not abuse its discretion. *See Jones v. Swanson*, 512 F.3d 1045, 1048 (8th Cir.2008) (explaining that the district court has wide discretion in ruling on a Rule 60(b) motion and will be reversed only for clear abuse of that discretion). We affirm. *See* 8th Cir. R. 47B.